ACCEPTED
06-16-00153-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/15/2016 10:13:21 AM
DEBBIE AUTREY
CLERK

Appellate Docket Number:

Appellate Case Style: Style: NATHANIEL NORRIS

Vs. State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

8/15/2016 10:13:21 AM

DEBBIE AUTREY
Clerk

Companion Case:

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: NATHANIEL | ☒ Lead Attorney |
| Middle Name: | First Name: EBB |
| Last Name: NORRIS | Middle Name: B. |
| Suffix: | Last Name: MOBLEY |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed    ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained    ☐ Public Defender |
| | Firm Name: ATTORNEY AT LAW |
| | Address 1: P.O. BOX 2309 |
| | Address 2: |
| | City: LONGVIEW |
| | State: Texas    Zip+4: 75606 |
| | Telephone: 903-757-3331    ext. |
| | Fax: 903-753-8289 |
| | Email: ebbmob@aol.com |
| | SBN: 14238000 |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: THE STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: STEVE

Middle Name:

Last Name: COWAN

Suffix:

☐ Appointed       ☐ District/County Attorney

☐ Retained        ☐ Public Defender

Firm Name: MORRIS COUNTY

Address 1: 500 BROADNAX

Address 2:

City: DAINGERFIELD

State: Texas        Zip+4: 75638

Telephone: 903-645-2021        ext.

Fax: 903-645-7666

Email: steve.cowan@co.morris.tx.us

SBN: 04912300        Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Sex Offenses

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: August 5, 2016

Offense charged: SEXUAL ASSAULT OF A CHILD

Date of offense: October 3, 2015

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: August 8, 2016

If mailed to the trial court clerk, also give the date mailed :

August 8, 2016

Punishment assessed: 5 YEARS

Is the appeal from a pre-trial order? ☐ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No   If yes, date filed: August 8, 2016

Motion in Arrest of Judgment: ☐ Yes ☐ No   If yes, date filed:

Other: ☐ Yes ☐ No   If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA   If yes, date filed: UNKNOWN

Date of hearing:        ☐ NA

Date of order:        ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: **78TH DISTRICT COURT**

County: **MORRIS**

Trial Court Docket Number (Cause no): **11,424CR**

Trial Court Judge (who tried or disposed of the case):

First Name: **DANNY**

Middle Name:

Last Name: **WOODSON**

Suffix:

Address 1: **P.O. BOX 480**

Address 2:

City: **DAINGERFIELD**

State: **Texas**    Zip + 4: **75683**

Telephone: **903-645-2321**    ext.

Fax: **903-645-3433**

Email:

Clerk's Record:

Trial Court Clerk: ☒ District   ☐ County

Was clerk's record requested?   ☒ Yes ☐ No

If yes, date requested: **Aug 8, 2016**

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes   ☐ No   ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?   ☒ Yes ☐ No

Was reporter's record requested?   ☒ Yes ☐ No

Was the reporter's record electronically recorded?   ☐ Yes ☒ No

If yes, date requested: **Aug 8, 2016**

Were payment arrangements made with the court reporter/court recorder?   ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter      ☐ Court Recorder
☐ Official            ☐ Substitute

First Name: **CRESTA**

Middle Name:

Last Name: **LEFEVRE**

Suffix:

Address 1: **P.O. BOX 231**

Address 2:

City: **DAINGERFIELD**

State: **Texas**    Zip + 4: **75683**

Telephone: **903-645-2581**    ext.

Fax: **903-645-3433**

Email: **CRESTAL.LEFEVRE@GMAIL.COM**

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                          Court:

Style:

    Vs.

## X. Signature

Signature of counsel (or Pro Se Party)

Printed Name:

Electronic Signature: /s/ EBB B. MOBLEY
(Optional)

Date: August 15, 2016

State Bar No: 14238000

Name: EBB B. MOBLEY

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on August 15, 2016          .

Signature of counsel (or pro se party)

Electronic Signature: /s/ EBB B. MOBLEY
(Optional)

State Bar No.: 14238000

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;
        (2) the name and address of each person served, and
        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: August 15, 2016

Manner Served: Email

First Name: STEVE

Middle Name:

Last Name: COWAN

Suffix:

Law Firm Name: MORRIS COUNTY

Address 1: 500 BROADNAX

Address 2:

City: DAINGERFIELD

State Texas          Zip+4: 75638

Telephone: 903-645-2021          ext.

Fax: 903-645-7666

Email: steve.cowan@co.morris.tx.us